NO. SCPW-12-0000128

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

CHRIS GRINDLING, Petitioner,

vs.

THE HONORABLE JOSEPH E. CARDOZA, JUDGE OF THE CIRCUIT
COURT OF THE SECOND CIRCUIT, STATE OF HAWAI‘I, Respondent.

---

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.)

        Upon consideration of the motion for reconsideration of the March 30, 2012 order denying the petition for a writ of mandamus,

        IT IS HEREBY ORDERED that the motion for reconsideration is denied.

        DATED: Honolulu, Hawai‘i, April 26, 2012.

                        /s/ Mark E. Recktenwald

                        /s/ Paula A. Nakayama

                        /s/ Simeon R. Acoba, Jr.

                        /s/ James E. Duffy, Jr.

                        /s/ Sabrina S. McKenna

